RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Sepulveda,

        Plaintiff,

Vs.

Jim's Coffee Shop individually and dba Jim's Homestyle Diner, et al.,

        Defendants.

Case Number  21-6539 LB

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Richard Sepulveda, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal with prejudice of this matter with respect to all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket. The defendants have not filed a responsive pleading.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda

January 15, 2022

NOTICE OF VOLUNTARY DISMISSAL – 21-6539 LB

-1-